AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
## Middle District of Louisiana

FILED
U.S. ... COURT
...

2009 JAN 16 P 3: 43

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Frankie L. Hilliard a/k/a Jerome Wilson | ) | Case No:   CR04-144-JVP-CN |
| | ) | USM No: |
| Date of Previous Judgment: May 20, 2005 | ) | Rebecca L. Hudsmith |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

X DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ | |
| Criminal History Category: _____ | Criminal History Category: _____ | |
| Previous Guideline Range: _____ to _____ months | Amended Guideline Range: _____ to _____ months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   5-20-05   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   January 16, 2009

_____ for:
Judge's signature

Effective Date: _____
(if different from order date)

_____ John V. Parker, U.S. District Judge _____
Printed name and title